No. 87. UNITED STATES *v.* RUMELY. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE BURTON and MR. JUSTICE MINTON took no part in the consideration or decision

of this application. *Solicitor General Perlman* for the United States. *Donald R. Richberg, Alfons B. Landa* and *Delmar W. Holloman* for respondent.